Eileen HAMALL–DESAI, Plaintiff-Appellee–Cross–Appellant,

v.

FORTIS BENEFITS INSURANCE COMPANY, Defendant–Appellant–Cross–Appellee.

No. 05–11869.

United States Court of Appeals, Eleventh Circuit.

Feb. 2, 2006.

Pamela Ilene Atkins, Galler & Atkins, LLC, Atlanta, GA, for Plaintiff-Appellee–Cross–Appellant.

Joshua Bachrach, Rawle & Henderson, Philadelphia, PA, Alfred L. Evans, III, Austin & Sparks, P.C., Atlanta, GA, for Defendant–Appellant–Cross–Appellee.

Before BLACK, HULL and FARRIS,* Circuit Judges.

PER CURIAM:

AFFIRMED. See 11th Cir. R. 36–1.[1]

---

* Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

1. 11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;
   (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
   (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
   (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.